Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:20-po-00053-HBK |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO VACATE INITIAL APPEARANCE AND RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND ORDER THEREON |
| CHRIS A. PETRUCCIO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, legal officer for the National Park Service, and Chris A. PETRUCCIO, by and through his attorney of record, Duff S. McEvers, that the initial appearance in the above-captioned matter set for February 23, 2021 be vacated.  The Government agrees violation number 9292030 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $250, plus the $30 Central Violations Bureau processing fee and violation number 9292031 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $150, plus the $30 Central Violations Bureau processing fee.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  February 9, 2021            /S/ *Sean O. Anderson*
                                    Sean O. Anderson
                                    Acting Legal Officer
                                    Yosemite National Park

Dated:  February 9, 2021            /S/ *Duff S. McEvers*
                                    Duff S. McEvers
                                    Attorney for Defendant
                                    Chris A. Petruccio

## ORDER

The Court approves the Stipulation filed February 10, 2021 (Doc. No. 5) in *United States v. Petruccio*, case no. 6:21-po-00053-HBK and adopts its terms as the Order of this court. Accordingly, it is hereby ORDERED:

1. The February 23, 2021 initial appearance in this matter is VACATED.

2. Violation number 9292030 can be resolved through a forfeiture of collateral consistent with the bail schedule:  $250.00, plus the $30.00 Central Violations Bureau processing fee (total $280.00).

3. Violation number 9292031 can be resolved through a forfeiture of collateral consistent with the bail schedule:  $150.00, plus the $30.00 Central Violations Bureau processing fee (total $180.00).

IT IS SO ORDERED.

Dated:   February 16, 2021              HELENA M. BARCH-KUCHTA
                                        UNITED STATES MAGISTRATE JUDGE

2